NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARCUS B. HARRIS,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-4364
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Marcus B. Harris, pro se.

PER CURIAM.


            Affirmed.


SILBERMAN, LUCAS and ATKINSON, JJ., Concur.